608

John J. Zahnler, appellant, v. Chicago Daily News, Inc., appellee. Gen. No. 38,738.

Opinion filed June 8, 1937.
Frederick W. Moore, for appellant; James A. Steven, of counsel. Bell, Boyd & Marshall, for appellee.
Mr. Presiding Justice Scanlan delivered the opinion of the court.

In re Estate of James Humphrey, deceased. Antoinette Humphrey, appellee, v. John R. Humphrey, appellant. Gen. No. 39,015.

Opinion filed June 8, 1937.
A. W. Glaskay, for appellant. Earl J. Walker, for appellee.
Mr. Presiding Justice John J. Sullivan delivered the opinion of the court.

Frank Gorgen, appellee, v. The Continental Casualty Company, appellant. Gen. No. 39,018.

Opinion filed June 8, 1937. Rehearing denied June 23, 1937.
Eckert & Peterson, for appellant; A. R. Peterson and Owen Rall, of counsel. Musgrave, Oppenheim, Price & Ewins for appellee.
Mr. Presiding Justice John J. Sullivan delivered the opinion of the court.

Henrietta Koch, appellee, v. Monarch Fire Insurance Company, appellant. Gen. No. 39,083.

Opinion filed June 8, 1937. Rehearing denied June 23, 1937.
I. W. Kaufman, for appellant. Morris K. Levinson, for appellee.
Mr. Presiding Justice John J. Sullivan delivered the opinion of the court.